IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID SMITH,                          )
          Plaintiff,                  )
                                      )
     v.                               )     Civil Action No. 06-0751
                                      )
THE COURT OF COMMON PLEAS OF          )
BERKS COUNTY, PENNSYLVANIA,           )
DOMESTIC RELATIONS SECTION,           )
          Defendant.                  )

MEMORANDUM ORDER

Before the court is plaintiff's motion for a temporary restraining order [doc. no. 2].  Plaintiff seeks to enjoin the Court of Common Pleas of Berks County, Pennsylvania, from conducting a domestic support order enforcement proceeding on June 9, 2006.

Plaintiff's motion is denied.  "A court of the United States may not grant an injunction to stay proceedings in a State court except as expressly authorized by Act of Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments."  28 U.S.C.A. § 2283.  Because none of these exceptions apply in this case, the motion is hereby DENIED.

BY THE COURT:

_____ J.
DATED: 6-8-06

cc:  All Counsel of Record

SMITH v. THE COURT OF COMMON PLEAS OF BERKS COUNTY, PENNSYLVANIA, DOMESTIC RELATIONS SECTION    Doc. 3