IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID SMITH,<br>      Plaintiff,<br><br>v.<br><br>THE COURT OF COMMON PLEAS OF<br>BERKS COUNTY, PENNSYLVANIA,<br>DOMESTIC RELATIONS SECTION,<br>      Defendant. | )<br>)<br>)<br>)   Civil Action No. 06-0751<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM ORDER

Before the court is plaintiff's motion for a temporary restraining order [doc. no. 2]. Plaintiff seeks to enjoin the Court of Common Pleas of Berks County, Pennsylvania, from conducting a domestic support order enforcement proceeding on June 9, 2006.

Plaintiff's motion is denied. "A court of the United States may not grant an injunction to stay proceedings in a State court except as expressly authorized by Act of Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments." 28 U.S.C.A. § 2283. Because none of these exceptions apply in this case, the motion is hereby DENIED.

BY THE COURT:

/s/ _____ J.

DATED: 6-8-06

cc: All Counsel of Record